UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80026-Tp-Hurley

UNITED STATES OF AMERICA,

v.

PHILIP J. HOBLIN,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

Defendant, PHILIP J. HOBLIN, appeared before the Court on March 27, 2013, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted in the Southern District of Indiana for four counts of mail fraud, in violation of 18 U.S.C. § 1341. He was thereafter sentenced to 33 months in prison, to be followed by 3 years of supervised release. After serving the prison portion of his sentence, Defendant commenced supervised release on January 14, 2011. Jurisdiction was transferred to this judicial district on November 30, 2012.

Defendant is now charged with violating supervised release by: (1) violating Florida law by committing the offense of domestic stalking on October 9, 2012, (2) violating Florida law by driving on a suspended license on October 5, 2012, (3) failing to make court-ordered restitution payments, (4) failing to submit truthful monthly reports from June 2011 through July 2012, and (5) failing to notify probation of his change in residence on January 17, 2013.

As to violation 1, the Government announced in open court that it had no evidence to present. As to violations 2, 3, 4, and 5, Defendant knowingly and freely admitted to having committed each violation and expressed his wish to proceed to sentencing as soon as possible.

1

Accordingly, the Court RECOMMENDS that the District Court dismiss violation 1 for lack of any supporting evidentiary basis, and find Defendant guilty of the remaining four violations—violations 2, 3, 4, and 5—based on the his admissions. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 27th day of March, 2013.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE